United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOHANIA MARTIN,

        Plaintiff,

   v.

SUSAN JAKUBOWSKI,

        Defendant.

No. C 15-03119 JSW

**ORDER OF DISMISSAL**

On September 10, 2015, this Court dismissed this action with leave to amend finding that Plaintiff had failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(a). The Court permitted Plaintiff to file an amended complaint setting forth a cognizable legal claim and some specific factual basis to support a claim with federal jurisdiction by no later than October 2, 2015.

On September 21, 2015, Plaintiff filed an amended complaint. However, the amendment fails to set forth the grounds upon which this Court has jurisdiction and fails to set out a legally cognizable claim. Accordingly, the Court DENIES *in forma pauperis* status and sua sponte DISMISSES the action. 28 U.S.C. § 1915(e)(2); *see also Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995). The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:   December 18, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE